IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30597
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

BELINDA HERRON,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 96-CR-353-2-J
- - - - - - - - - -
August 18, 1998

Before KING, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:[*]

    Appellant Belinda Herron appeals her sentence for accessory fact to bank robbery. She argues that the district court erred in enhancing her base offense level by two points pursuant to U.S.S.G. § 2B3.1(b)(6)(C), because the money stolen from the bank was not in excess of $50,000. Herron has waived her right to appeal her sentence on the ground raised. See United States v. Portillo, 18 F.3d 290, 292 (5th Cir. 1994).

    DISMISSED.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.